| | |
|---|---|
| 1 | LUANNE SACKS, Bar No. 120811 |
| | luanne.sacks@dlapiper.com |
| 2 | CARTER W. OTT, Bar No. 221660 |
| | carter.ott@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
| | 555 Mission Street, Suite 2400 |
| 4 | San Francisco, CA 94105-2933 |
| | Tel: 415.836.2500 |
| 5 | Fax: 415.836.2501 |
| 6 | Attorneys for Defendant |
| | SONY COMPUTER ENTERTAINMENT |
| 7 | AMERICA INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 LITIGATION | CASE NO. CV 09-04701 (RS) |
| | **NOTICE OF MOTION** |
| | Date: May 6, 2010 |
| | Time: 1:30 p.m. |
| | Dept: Courtroom 3 |
| | Judge: Hon. Richard Seeborg |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Reassignment Order (Docket # 38), the March 22, 2010 hearing regarding Sony Computer Entertainment America Inc.'s ("SCEA") Motion to Dismiss, filed on February 12, 2010, has been vacated. Pursuant to that Reassignment Order, SCEA hereby re-notices that Motion.

PLEASE TAKE NOTICE that on May 6, 2010 at 1:30 p.m. in Courtroom 3 of the above court, located at 450 Golden Gate Avenue, San Francisco, California, SCEA will move for dismissal of the First, Second, Third, and Fourth Claims for Relief asserted in the Amended Consolidated Class Action Complaint. This Motion is brought pursuant to Fed. R. Civ. P. 12(b)(6) on the basis that the Complaint fails to state facts sufficient to constitute a claim for relief.

This Motion is based upon this Notice and Motion; the Motion to Dismiss filed on February 12, 2010 (Docket # 31); the Court's file; and such further authority or evidence as may be presented at or prior to the hearing on this matter.

Dated: March 22, 2010               DLA PIPER LLP (US)

                                    By   /s/ Carter Ott
                                         CARTER W. OTT
                                         Attorneys for Defendant
                                         SONY COMPUTER ENTERTAINMENT OF
                                         AMERICA INC.