1  LUANNE SACKS, Bar No. 120811
   luanne.sacks@dlapiper.com
2  CARTER W. OTT, Bar No. 221660
   carter.ott@dlapiper.com
3  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
4  San Francisco, CA  94105-2933
   Tel:  415.836.2500
5  Fax:  415.836.2501

6  Attorneys for Defendant
   SONY COMPUTER ENTERTAINMENT
7  AMERICA INC.

*E-Filed 3/24/10*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  | In re SONY PS3 LITIGATION | CASE NO.  CV 09-04701 (RS) |
    |---|---|
    | | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
    | | Dept:   Courtroom 3 |
    | | Judge: Hon. Richard Seeborg |

1   Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated
2   and agreed by Plaintiffs and defendant Sony Computer Entertainment America Inc. ("SCEA"), by
3   and through their attorneys of record, as follows:
4   The parties have commenced discussions regarding settlement.  To assist with these
5   discussions, the parties hereby stipulate to continue all pending discovery and disclosure
6   deadlines, including the deadline for serving disclosures pursuant to Fed. R. Civ. P. 26, by five
7   weeks and to schedule the hearing regarding SCEA's Motion to Dismiss for May 6, 2010 at 1:30
8   p.m.  SCEA shall file and serve a notice of this hearing date.

Dated:  March 23, 2010

GISKAN SOLOTAROFF ANDERSON & STEWART LLP

KAMBERLAW LLC

FINKELSTEIN THOMPSON LLP

By   /s/ Oren S. Giskan
OREN S. GISKAN
SCOTT KAMBER
ROSEMARY RIVAS
Attorneys for Plaintiffs
JOHN KENNEDY, JOHN EVERS,
EVERETT HORM, GARY KATZER AND
LESLIE LALUZERNE

Dated:  March 23, 2010

DLA PIPER LLP (US)

By   /s/ Carter Ott
CARTER W. OTT
Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT OF
AMERICA INC.

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME.  In compliance with General Order 45, X.B., I hereby attest that Oren Giskan has concurred in this filing.

## ORDER

All pending discovery and disclosure deadlines, including the deadline for serving disclosures pursuant to Fed. R. Civ. P. 26, are continued by five weeks. In addition, arguments regarding SCEA's Motion to Dismiss shall be heard by this Court on May 6, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 03/24/           , 2010

By /s/ Richard Seeborg
HONORABLE RICHARD SEEBORG
United States District Judge