LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 LITIGATION | CASE NO. CV 09-04701 (RS) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** <br><br> Dept: Courtroom 3 <br> Judge: Hon. Richard Seeborg |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and defendant Sony Computer Entertainment America LLC ("SCEA"), by and through their attorneys of record, as follows:

The parties continue to discuss a potential settlement or other resolution of this matter. To assist with these discussions, the parties hereby stipulate to continue the hearing regarding SCEA's Motion to Dismiss from June 10, 2010 to June 24, 2010, at 1:30 p.m.; and to continue by thirty days their deadline to serve disclosures pursuant to Fed. R. Civ. P. 26, to July 1, 2010, and their deadline to attend mediation, to July 29, 2010. SCEA shall file and serve a notice of this rescheduled hearing date.

Dated: May 27, 2010

GISKAN SOLOTAROFF ANDERSON & STEWART LLP

KAMBERLAW LLC

FINKELSTEIN THOMPSON LLP

By   /s/ Oren S. Giskan
    OREN S. GISKAN
    SCOTT KAMBER
    ROSEMARY RIVAS
    Attorneys for Plaintiffs
    JOHN KENNEDY, JOHN EVERS,
    EVERETT HORM, GARY KATZER AND
    LESLIE LALUZERNE

Dated: May 27, 2010

DLA PIPER LLP (US)

By   /s/ Carter Ott
    CARTER W. OTT
    Attorneys for Defendant
    SONY COMPUTER ENTERTAINMENT OF
    AMERICA LLC

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME. In compliance with General Order 45, X.B., I hereby attest that Oren Giskan has concurred in this filing.

# **ORDER**

The parties' deadlines to serve disclosures pursuant to Fed. R. Civ. P. 26 and attend mediation are continued by thirty days. The hearing regarding SCEA's Motion to Dismiss is continued to June 24, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: __May 27__, 2010

By _____
HONORABLE RICHARD SEEBORG
United States District Judge