*E-Filed 7/12/10*

LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 LITIGATION | CASE NO.  CV 09-04701 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Dept:  Courtroom 3<br>Judge: Hon. Richard Seeborg |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and defendant Sony Computer Entertainment America LLC ("SCEA"), by and through their attorneys of record, as follows:

Following the hearing regarding SCEA's Motion To Dismiss on June 24, 2010, and in recognition that the Court's ruling on that motion will likely affect the initial disclosures and any settlement discussion, the parties have stipulated to continue their deadline to serve disclosures pursuant to Fed. R. Civ. P. 26, to 10 days after SCEA files an answer or a subsequent motion to dismiss. The parties also hereby stipulate to continue their deadline to attend a mediation to 120 days after SCEA files an answer or a subsequent motion to dismiss.

Dated: July 12, 2010

GISKAN SOLOTAROFF ANDERSON & STEWART LLP

KAMBERLAW LLC

FINKELSTEIN THOMPSON LLP

By   /s/ Oren S. Giskan
 OREN S. GISKAN
 SCOTT KAMBER
 ROSEMARY RIVAS
 Attorneys for Plaintiffs
 JOHN KENNEDY, JOHN EVERS,
 EVERETT HORM, GARY KATZER AND
 LESLIE LALUZERNE

Dated: July 12, 2010

DLA PIPER LLP (US)

By   /s/ Carter Ott
 CARTER W. OTT
 Attorneys for Defendant
 SONY COMPUTER ENTERTAINMENT OF
 AMERICA LLC

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME. In compliance with General Order 45, X.B., I hereby attest that Oren Giskan has concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The parties' deadlines to serve disclosures pursuant to Fed. R. Civ. P. 26 is continued to 10 days after SCEA files an answer or a subsequent motion to dismiss. The parties' deadline to attend mediation is hereby continued to 120 days after SCEA files an answer or a subsequent motion to dismiss.

IT IS SO ORDERED.

DATED: __July 12_____, 2010

By _____
HONORABLE RICHARD SEEBORG
United States District Judge