LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SONY PS3 LITIGATION | CASE NO. CV 09-04701 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Dept: Courtroom 3<br>Judge: Hon. Richard Seeborg |

1  Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

2  and agreed by Plaintiffs and defendant Sony Computer Entertainment America Inc. ("SCEA"), by

3  and through their attorneys of record, as follows:

4  To assist with their continued discussions regarding settlement, the parties hereby

5  stipulate to continue the date by which Plaintiffs must file an amended complaint, as provided in

6  the Court's Order Granting Motion To Dismiss, With Leave To Amend, from September 29,

7  2010 to October 19, 2010. SCEA shall have until November 18, 2010 to answer or otherwise

8  respond to the amended complaint.

Dated: September 28, 2010

GISKAN SOLOTAROFF ANDERSON & STEWART LLP

KAMBERLAW LLC

FINKELSTEIN THOMPSON LLP

By   /s/ Oren S. Giskan
OREN S. GISKAN
SCOTT KAMBER
ROSEMARY RIVAS
Attorneys for Plaintiffs
JOHN KENNEDY, JOHN EVERS,
EVERETT HORM, GARY KATZER AND
LESLIE LALUZERNE

Dated: September 28, 2010

DLA PIPER LLP (US)

By   /s/ Carter Ott
CARTER W. OTT
Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT OF AMERICA INC.

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME. In compliance with General Order 45, X.B., I hereby attest that Oren Giskan has concurred in this filing.

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Plaintiffs' amended complaint is due by or before October 19, 2010. SCEA's answer or other responsive pleading is due by or before November 18, 2010.

IT IS SO ORDERED.

DATED: ___9/28_____, 2010

By _____
HONORABLE RICHARD SEEBORG
United States District Judge