*E-Filed 9/28/10*

1    LUANNE SACKS, Bar No. 120811
     luanne.sacks@dlapiper.com
2    CARTER W. OTT, Bar No. 221660
     carter.ott@dlapiper.com
3    DLA PIPER LLP (US)
     555 Mission Street, Suite 2400
4    San Francisco, CA  94105-2933
     Tel:  415.836.2500
5    Fax:  415.836.2501

6    Attorneys for Defendant
     SONY COMPUTER ENTERTAINMENT
7    AMERICA INC.

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   In re SONY PS3 LITIGATION            CASE NO.  CV 09-04701 (RS)

13                                        **STIPULATION AND [PROPOSED]
                                          ORDER TO EXTEND TIME**
14
                                          Dept:  Courtroom 3
15                                        Judge: Hon. Richard Seeborg

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)                            -1-
  SAN FRANCISCO     WEST\222504116.1    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
                                               CASE NO. CV 09-04701 (RS)

1      Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

2   and agreed by Plaintiffs and defendant Sony Computer Entertainment America Inc. ("SCEA"), by

3   and through their attorneys of record, as follows:

4      To assist with their continued discussions regarding settlement, the parties hereby

5   stipulate to continue the date by which Plaintiffs must file an amended complaint, as provided in

6   the Court's Order Granting Motion To Dismiss, With Leave To Amend, from September 29,

7   2010 to October 19, 2010.  SCEA shall have until November 18, 2010 to answer or otherwise

8   respond to the amended complaint.

9   Dated:  September 28, 2010          GISKAN SOLOTAROFF ANDERSON &
                                        STEWART LLP
10
                                        KAMBERLAW LLC
11
                                        FINKELSTEIN THOMPSON LLP
12
                                        By    /s/ Oren S. Giskan
13                                          OREN S. GISKAN
                                            SCOTT KAMBER
14                                          ROSEMARY RIVAS
                                            Attorneys for Plaintiffs
15                                          JOHN KENNEDY, JOHN EVERS,
                                            EVERETT HORM, GARY KATZER AND
16                                          LESLIE LALUZERNE

17
    Dated:  September 28, 2010          DLA PIPER LLP (US)
18
                                        By    /s/ Carter Ott
19                                          CARTER W. OTT
                                            Attorneys for Defendant
20                                          SONY COMPUTER ENTERTAINMENT OF
                                            AMERICA INC.
21

22

23      I, Carter Ott, am the ECF user whose ID and password are being used to file this

24   STIPULATION TO EXTEND TIME.  In compliance with General Order 45, X.B., I hereby attest

25   that Oren Giskan has concurred in this filing.

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO      WEST\222504116.1                          -2-
                                        STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
                                                           CASE NO. CV 09-04701 (RS)

1

**<u>ORDER</u>**

2
PURSUANT TO STIPULATION, IT IS SO ORDERED:

3
     Plaintiffs' amended complaint is due by or before October 19, 2010.  SCEA's answer or

4
other responsive pleading is due by or before November 18, 2010.

5
IT IS SO ORDERED.

6
DATED: ____9/28_____, 2010

7
By _____

    HONORABLE RICHARD SEEBORG

8
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\222504116.1

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
CASE NO. CV 09-04701 (RS)