LUANNE SACKS, Bar No. 120811
luanne.sacks@dlapiper.com
CARTER W. OTT, Bar No. 221660
carter.ott@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re SONY PS3 LITIGATION | CASE NO. CV 09-04701 (RS) |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| | Dept: Courtroom 3<br>Judge: Hon. Richard Seeborg |

1    Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated
2    and agreed by Plaintiffs and defendant Sony Computer Entertainment America Inc. ("SCEA"), by
3    and through their attorneys of record, as follows:
4    The parties have reached settlement in this matter and are in the process of finalizing
5    settlement agreements, and believe that they will have those agreements executed by December
6    21, 2010.  To assist with those discussions, the parties hereby stipulate to continue the case
7    management conference scheduled for December 9, at 10:00 a.m.

Dated:  December 8, 2010           GISKAN SOLOTAROFF ANDERSON &
                                   STEWART LLP

                                   KAMBERLAW LLC

                                   FINKELSTEIN THOMPSON LLP


                                   By    /s/ Oren S. Giskan
                                       OREN S. GISKAN
                                       SCOTT KAMBER
                                       ROSEMARY RIVAS
                                       Attorneys for Plaintiffs
                                       JOHN KENNEDY, JOHN EVERS,
                                       EVERETT HORM, GARY KATZER AND
                                       LESLIE LALUZERNE

Dated:  December 8, 2010           DLA PIPER LLP (US)


                                   By    /s/ Carter Ott
                                       CARTER W. OTT
                                       Attorneys for Defendant
                                       SONY COMPUTER ENTERTAINMENT OF
                                       AMERICA INC.


    I, Carter Ott, am the ECF user whose ID and password are being used to file this
STIPULATION TO EXTEND TIME.  In compliance with General Order 45, X.B., I hereby attest
that Oren Giskan has concurred in this filing.

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3      The Case Management Conference currently scheduled for December 9, 2010, at 10:00

4  a.m., is continued to  3/3/2011                .

5  IT IS SO ORDERED.

6  DATED:  December 8       , 2010

7                                          By _____
                                            HONORABLE RICHARD SEEBORG

8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28